VAN–051 Final Decree – Rev. 09/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Center 129, LLC
PO Box 65
Oak Island, NC 28465

CASE NO.: 09–05603–8–JRL

DATE FILED: July 6, 2009

TaxID: 00–0000000

CHAPTER: 11

FINAL DECREE

The plan of the above named debtor(s) has been substantially consummated as provided in 11 U.S.C. § 1101(2).

IT IS ORDERED that this case is closed.

DATED: October 26, 2010

J. Rich Leonard
United States Bankruptcy Judge